SUM2 (8/25/17) krw

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

July 27, 2018
Clerk, U.S. Bankruptcy Court

BY **krw** DEPUTY

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

| | |
|---|---|
| In re<br>**Benjamin Patrick Spalding and Erin Rae Spalding**<br>Debtor(s) | )<br>)<br>) Case No. 18–61765–tmr7<br>)<br>) |
| **Benjamin Patrick Spalding**<br>Plaintiff(s)<br>v.<br>**University of Oregon,<br>Heartland ECSI,<br>United States Department of Education,<br>Great Lakes Higher Education Loan Services, Inc.**<br>Defendant(s) | ) **(NOTE: ALL DOCUMENTS<br>REGARDING THIS MATTER<br>MUST BE IDENTIFIED BY<br>*BOTH* ADVERSARY AND<br>BANKRUPTCY CASE NUMBERS)**<br>)<br>) Adv. Proc. No. 18–06048–tmr<br>) |

## ADVERSARY PROCEEDING SUMMONS AND NOTICE OF TRIAL

To the defendant(s) named in the attached complaint:

You are hereby summoned and required to serve upon Benjamin Patrick Spalding, whose address is 5548 Glacier Dr, Springfield, OR 97478, either a motion or an answer to the attached complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon the plaintiff's attorney (or upon plaintiff if plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk, except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

The motion or answer served by you must be filed with the Clerk of Court, 405 E 8th Ave #2600, Eugene, OR 97401, either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT, AND JUDGMENT BY DEFAULT OR ANY OTHER APPROPRIATE ACTION CONSISTENT WITH THE PLEADINGS MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

YOU ARE NOTIFIED THAT TRIAL OF THE PROCEEDING COMMENCED BY THIS COMPLAINT SHALL BE SCHEDULED UPON FURTHER NOTICE FROM THE COURT.

YOU ARE FURTHER NOTIFIED that if you have any questions, you should see your attorney immediately. If you do not have an attorney and need help in finding one, you may call the Oregon State Bar's Lawyer Referral Service at (503)684–3763 or toll–free in Oregon at (800)452–7636.

/s/ Charlene M Hiss
Clerk, U.S. Bankruptcy Court

Date of issuance: 7/27/18



**\* \* \* IMPORTANT – SEE NEXT PAGE FOR FURTHER INFORMATION \* \* \***

**CERTIFICATION OF SERVICE**
Adversary Proceeding No.  18–06048–tmr

I, _____
    (name)

of _____
    (mailing address)

certify under penalty of perjury:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on _____ (date), I served a copy of the within summons, together with the complaint filed in this proceeding, on:


the defendant in this proceeding, by (describe here the mode of service):


on the said defendant at:



Executed on _____        _____
              (date)                                    (signature)